# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SANDRA SIMMONS, an individual, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-15-082-JHP |
| DAN J. CASTRO, M.D., an individual, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER AFFIRMING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 1, 2015, the United States Magistrate Judge entered an Order granting Plaintiff's Motion to Vacate Administrative Closing Order (Dkt.#171) and denying Defendant's Motion to Enforce the Settlement (Dkt.# 173). There have been Objections to the Magistrate Judge's Order filed within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Order of the Magistrate Judge (Dkt.# 181) is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Findings and Recommendation entered by the United States Magistrate Judge on October 1, 2015, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 16th day of November, 2015.

James H. Payne
United States District Judge
Eastern District of Oklahoma